E-FILED: **4/6/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERENCE L. YOUNG,** | **CASE NO. CV 09-6473-GHK (PLAx)** |
|       **Plaintiff,** | |
|       v. | **JUDGMENT** |
| **GRIOT PICTURES ENTERTAINMENT, LLC, et al.,** | |
|       **Defendants.** | |

    This matter having come before this Court on Plaintiff Terence L. Young's ("Plaintiff") Motion for Default Judgment ("Motion") against Defendants Griot Pictures Entertainment, LLC, Griot Entertainment, LLC, and Thomas Hopkins (collectively, "Defendants");

    AND, the Court having read and considered the pleadings, declarations, and exhibits submitted in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion;

    AND, pursuant to our April 6, 2010 Order Granting the Motion for Default

Judgment, issued concurrently herewith, and good cause appearing therefore, IT IS HEREBY **ADJUDGED** THAT:

1) Plaintiff **SHALL** have judgment against Defendants jointly and severally in the total sum of $26,429.29.

2) The principal sum of $26,429.29 consists of: $14,645.00 in delinquent contributions owed to the Writers Guild-Industry Health Fund and the Producer-Writers Guild of America Pension Plan; $6,793.25 in pre-judgment interest based on the 10 percent per annum rate set in Notice to Employer-Parties to the Trusts pursuant to the Writers Guild of America 2004 Theatrical and Television Basic Agreement ("Agreement"); $2,929.00 in liquidated damages, which is 20 percent of the delinquent contributions, as required by the Agreement; and attorneys' fees in the amount of $2,062.04 under Local Rule 55-3.

3) Plaintiff **SHALL** have post-judgment interest according to the statutory rate set forth in 28 U.S.C. § 1961(a).

**IT IS SO ORDERED**.

DATED: April 6, 2010

_____
GEORGE H. KING
United States District Judge