IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE L. YOUNG, on behalf of the Writers' Guild-Indus. Health Fund and Producer-Writers Guild of America Pension Plan,<br><br>            Plaintiff,<br><br>            v.<br><br>GRIOT PICTURES ENTERTAINMENT, LLC, a Delaware limited liability company also known as GRIOT ENTERTAINMENT, LLC.*,* THOMAS HOPKINS, an Individual,<br><br>            Defendants. | Case No.:  2:09-cv-06473-GHK-PLA<br><br>████████ **RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

Having originally entered the Default Judgment on April 7, 2010 ("Judgment") against Defendants, GRIOT PICTURES ENTERTAINMENT, LLC, *a Delaware Limited Liability Company also known as* GRIOT ENTERTAINMENT, LLC.*,* and THOMAS HOPKINS, *an Individual*.

NOW, upon Application by Plaintiff, TERENCE L. YOUNG, on behalf of the Writers' Guild-Indus. Health Fund and Producer-Writers Guild of

America Pension Plan, ("Judgment Creditor"), and upon declaration that the Judgment Debtor has failed to satisfy the total amount of said Judgment and remains indebted to Judgment Creditors.

The money Judgment against Judgment Debtors is renewed in the amount of $27,567.13, as follows:

a. Total Prior Judgment (Entered April 7, 2010; *See* ECF No. 21)…………............................... **$26,429.29**

| | | |
|---|---|---|
| 1. Contributions (Health Fund & Pension Fund): | $14,645.00 | |
| 2. Pre-Judgment Interest: | $ 6,793.25 | |
| 3. Liquidated Damages: | $ 2,929.00 | |
| 4. Attorney's Fees: | $ 2,062.04 | |
| Total: | $26,429.29 | |

b. Post-Judgment Interest through January 31, 2020, at 0.43%..................................... **$1,137.84**

c. **Total Renewed Judgment**……………….... **$27,567.13**

DATED: March 17, 2020

*Sharon Hall Brown*
Deputy Clerk

KIRY K. GRAY
CLERK OF U.S. DISTRICT COURT